*In re* JUAN PÉREZ REILLY, querellado.

*Número:* CE-88-79     *Resuelto:* 25 de febrero de 1988

*Norma Cotti Cruz, Subprocuradora General, Miriam Álvarez Archilla, Procuradora General Auxiliar,* abogadas de El Pueblo.

PER CURIAM: Juan Pérez Reilly fue admitido al ejercicio de la abogacía el 14 de enero de 1970 y autorizado a ejercer la notaría el 27 de febrero de 1970.

Mediante querella presentada por el Procurador General, fechada el 11 de febrero de 1988, éste nos solicita su desaforo a tenor con la Sec. 9 de la Ley de 11 de marzo de 1909 (4 L.P.R.A. sec. 735) y nuestra facultad inherente para reglamentar la profesión de abogado. Aduce el Procurador General que Pérez Reilly fue declarado convicto en el Tribunal de Distrito Federal para el Distrito de Puerto Rico, de defraudar al Gobierno de Estados Unidos. Nos acompaña copia de dicha sentencia.

Considerada la naturaleza de dicha convicción procede su separación inmediata del ejercicio de la abogacía y del nota-

riado, y se ordena que su nombre sea borrado del Registro de Abogados autorizados para ejercer en esta jurisdicción. *In re Zamot Pérez,* 119 D.P.R. 58 (1987); *In re Torres López,* 119 D.P.R. 55 (1987); *In re Boscio Monllor*, 116 D.P.R. 692 (1985).

Copia de la querella y de la presente serán notificadas al querellado Juan Pérez Reilly.

El Alguacil General de este Tribunal se incautará de los protocolos y registros de afidávit, y los entregará al Director de Inspección de Notarías para que sean examinados y oportunamente nos informe sobre el resultado de dicha gestión.

*Se dictará la sentencia correspondiente.*